EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Hon. Federico Hernández Denton<br><br>En ocasión de su Retiro como Juez Presidente del Tribunal Supremo | 2014 TSPR 55<br><br>190 DPR ____ |

Número del Caso: ED-2014-1

Fecha: 9 de abril de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Hon. Federico Hernández Denton

En ocasión de su Retiro como Juez Presidente del Tribunal Supremo

ED-2014-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de abril de 2014.

Luego de aproximadamente veintinueve años como miembro del Tribunal Supremo, diez de estos como Juez Presidente, el Hon. Juez Federico Hernández Denton cesa en sus funciones por mandato constitucional. Motivados por este evento, y por acuerdo de las señoras Juezas Asociadas y los señores Jueces Asociados, adoptamos esta Resolución.

La carrera jurídica del Juez Hernández Denton comenzó tras obtener el grado de *juris doctor* de la Escuela de Derecho de la Universidad de Harvard. Recién graduado, fue asesor legal del Presidente de la Universidad de Puerto Rico, Lcdo. Jaime Benítez. Entre 1970 y 1972, ocupó varios cargos en la facultad de Administración de Empresas de la Universidad de Puerto Rico, entre los cuales se destacan la cátedra de derecho mercantil, la dirección del Centro de Investigaciones Comerciales y la fundación y dirección del Instituto de Investigaciones de Problemas del Consumidor.

Fue nombrado por el Gobernador Hon. Rafael Hernández Colón como el primer Secretario del Departamento de Asuntos del Consumidor, luego de lo cual retomó su carrera académica, laborando por casi

una década en la Universidad Interamericana de Puerto Rico, primero como catedrático y luego como decano de la Facultad de Derecho. Durante esos años, dirigió el Programa Clínico de esa Facultad y la Fundación de Estudios Puertorriqueños. También fue uno de dos fundadores de la Oficina de Servicios Legales de Santurce, un esfuerzo conjunto de la Facultad de Derecho y la Corporación de Servicios Legales de Puerto Rico.

El Juez Hernández Denton fue miembro de la Junta de Gobierno del Colegio de Abogados y de la Junta de Directores de la Corporación de Servicios Legales. Entre el 1983 y 1985, presidió el Consejo Asesor de la Comisión de lo Jurídico del Senado sobre el proyecto de ley para establecer la Ley de Procedimiento Administrativo Uniforme.

Tras una distinguida trayectoria en el servicio público y la academia, el Gobernador Hon. Rafael Hernández Colón lo nombró Juez Asociado del Tribunal Supremo de Puerto Rico el 14 de junio de 1985. El 9 de agosto de 2004, fue nombrado Juez Presidente por la Gobernadora Hon. Sila M. Calderón.

Como Juez Presidente, el Hon. Federico Hernández Denton se ha dedicado a elaborar e implantar importantes programas y sistemas para la modernización de la Rama Judicial, junto a los funcionarios de la Oficina de Administración de los Tribunales. Este esfuerzo de traer a la Rama Judicial al siglo XXI culminó este año con la presentación electrónica de documentos judiciales en los tribunales. Bajo la presidencia del Juez Hernández Denton, el Tribunal Supremo aprobó importantes medidas para asegurar la transparencia de los procesos judiciales, entre estas, la enmienda al Canon 15 de Ética Judicial para autorizar el uso de cámaras y otras formas de transmisión en vivo en las salas de nuestros tribunales.

El Juez Presidente también ha prestado especial atención a los problemas que afectan a sectores vulnerables de nuestra sociedad. Para asegurarle a estos ciudadanos el acceso a la justicia y a la equidad, procuró la creación de las Salas Especializadas de Familia y Menores y las Salas Especializadas en Casos de Violencia Doméstica. Además, fortaleció el Programa de Cortes de Drogas para adultos y menores e implantó el Protocolo Interagencial para Casos de Violencia Doméstica y Salud Mental.

Por otra parte, el Juez Presidente Hernández Denton dio impulso al enriquecimiento jurídico del Tribunal y de la Rama Judicial al procurar que esta participara activamente en diversas organizaciones internacionales, entre estas el *Conference of Chief Justices*, el *National Conference of State Courts*, la Cumbre Judicial Iberoamericana y el Consejo Judicial Centroamericano. Mas

aun, logró que nuestro país fuera la sede de importantes reuniones de organismos de gran impacto en nuestra región, tales como las XIII Jornadas de Derecho Constitucional, celebrada del 16 al 18 de febrero de 2010, la VI Reunión Ordinaria de la Comisión Iberoamericana de Ética Judicial de 2011, celebrada el 13 de octubre de 2011, la Conferencia de Jueces Presidentes de Estados Unidos (CCJ por sus siglas en inglés) de 2013 y la Reunión del Consejo Judicial Centroamericano y del Caribe en el 2014. Como parte de este esfuerzo, facilitó la participación de Jueces y Juezas en organizaciones de gran prestigio como la Comisión Iberoamericana de Ética Judicial.

Cónsono con su interés y preocupación por la calidad de los abogados y las abogadas del país, el Juez Hernández Denton ha presidido durante diecinueve años la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría. Su decidido apoyo a los programas institucionales de educación judicial fue reconocido en el 2011, al otorgarse a la Academia Judicial Puertorriqueña el *Judicial Education Award de la American Bar Association*. De igual forma, el Juez Presidente ha impulsado y reforzado los esfuerzos institucionales de educar a toda la ciudadanía sobre sus derechos y sobre los procedimientos judiciales, a través de la expansión y creación de programas educativos.

Férreo defensor de la independencia judicial, incluso en momentos volátiles de nuestra historia, ha dejado una huella profunda en la historia institucional de la Rama Judicial y, en particular, del Tribunal Supremo. Su retiro por imperativo constitucional nos priva de un juez visionario, sensible, trabajador, pero sobre todo, íntegro, que dedicó gran parte de su vida profesional al servicio de nuestro país y su Rama Judicial.

En nombre de la Rama Judicial y de Puerto Rico, las Juezas Asociadas y los Jueces Asociados de este Tribunal expresamos nuestro más sincero aprecio, agradecimiento y estima hacia el compañero Juez Presidente, señor Hernández Denton. Extendemos este sentir de cariño y gratitud a su señora esposa, Lcda. Isabel Picó Vidal, a su hijo, Federico Rafael y a su queridísima nieta, Catalina Isabel. Le deseamos éxito en sus planes futuros y felicidad en esta etapa nueva de su vida.

Publíquese.

Lo acordó y ordena el Tribunal, y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo